**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Eric LungMyers, et al.,<br><br>Defendants. | No. CV 10-2024-PHX-JAT<br><br>**ORDER** |

Pending before the Court is *pro se* Defendant Eric LungMyers' ("Defendant") Motion for Plaintiff, Defendants and the Court to acknowledge and revise this Case to reflect that Eric LungMyers is a married man (Doc. 290). Defendant's motion is unopposed by Plaintiff.

Defendant argues that "[u]nder Federal law, [his] marriage is fully recognized (Exhibit "2" U.S. Supreme Court Ruling confirming that Federal laws must recognize legally performed same-sex marriages) and therefore this Court is to reflect such fact in its records and rulings." (Doc. 290 at 1-2).

Defendant's motion is irrelevant to this case.

Based on the foregoing,

//

//

//

//

1  **IT IS ORDERED** that Defendant's motion to compel (Doc. 290) is denied
2  without prejudice to Plaintiff seeking to enforce a judgment in this case against Defendant
3  Eric LungMyers' spouse, Sean Edwin Lung, if appropriate.
4  Dated this 17th day of September, 2013.

James A. Teilborg
Senior United States District Judge