**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Life Insurance Company, | No. CV 10-2024-PHX-JAT |
| Plaintiff, | |
| v. | **ORDER** |
| Eric LungMyers, et al., | |
| Defendants. | |

Pending before the Court is *pro se* Defendant Eric LungMyers' ("Defendant") Motion for Leave to provide the Court with an itemized list of items requiring redaction in Court docket documents 228 & 229.  (Doc. 278).

Defendant wants to provide the Court with an itemized list of thirty-five items that Plaintiff did not redact in Plaintiff's motion for partial summary judgment (Doc. 228) and Plaintiff's statement of facts in support of the motion for partial summary judgment (Doc. 229).  On the same day that Defendant filed this pending motion, he filed an itemized list of the unredacted items in Plaintiff's filings.  (Doc. 279).

Prior to Defendant filing the pending motion, on April 19, 2012, Defendant filed a motion to strike (Doc. 245) Plaintiff's motion for partial summary judgment and the statement of facts because Defendant accused Plaintiff of filing these motions without following the redaction requirements of Federal Rule of Civil Procedure 5.2.  On February 11, 2013, the Court entered orders granting Plaintiff's motion for partial summary judgment in its entirety (Doc. 280) and denying Defendant's motion to strike (Doc. 276).

1  On the same day, almost ten months after filing the motion to strike, Defendant filed the
2  pending motion.

3    Defendant's pending motion asks the Court for no more than permission to
4  provide the Court with a list of items that Defendant believes Plaintiff should have
5  redacted. To the extent that this is all Defendant's motion is asking, the motion is granted.
6  Defendant has provided the Court with such a list (Doc. 279). The Court has already
7  denied Plaintiff's motion to strike and explained the reasons for doing so. *See* (Doc. 276).

8    Based on the foregoing,

9    **IT IS ORDERED** that Defendant Eric LungMyers Motion for Leave to Provide
10 an Itemized List of Items Requiring Redaction (Doc. 278) is granted. The Clerk of the
11 Court shall file the lodged proposed itemized list (Doc. 279); however, the Clerk of the
12 Court need not take any further action on the list.

13   Dated this 17th day of September, 2013.

James A. Teilborg
Senior United States District Judge